# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES. THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID.

| Field | Value |
|---|---|
| 1. NAME (Last, First, Middle) | SMITH, OLIVER |
| 2. DEPARTMENT, COMPONENT AND BRANCH | ARMY/RA |
| 3. SOCIAL SECURITY NUMBER | (redacted) |
| 4.a GRADE, RATE, OR RANK | SPC |
| 4.b PAY GRADE | |
| 5. DATE OF BIRTH (YYYYMMDD) | 19690312 |
| 6. RESERVE OBLIG. TERM. DATE | Year 1999 Month 04 Day 15 |
| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | PHILADELPHIA, PA |
| 7.b HOME OF RECORD AT TIME OF ENTRY | |
| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 0063 EN CO   CBT SPT EQUIP FC |
| 8.b STATION WHERE SEPARATED | FORT BENNING, GA 31905 |
| 9. COMMAND TO WHICH TRANSFERRED | USAR CRTLGP (ANLITNG) ARPERCEN, 9700 PAGE BLVD, ST LOUIS MO 63132 |
| 10. SGLI COVERAGE | Amount: $200,000.00 |

### 11. PRIMARY SPECIALTY
51K10 00 PLUMBER--1 YRS-11 MOS/62B10 00 CONST EQUIP REP--1 YRS-11 MOS/NOTHING FOLLOWS

### 12. RECORD OF SERVICE
| | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date entered AD This Period | 1993 | 01 | 12 |
| b. Separation Date This Period | 1996 | 02 | 15 |
| c. Net Active Service This Period | 0002 | 01 | 04 |
| d. Total Prior Active Service | 0000 | 04 | 10 |
| e. Total Prior Inactive Service | 0000 | 00 | 00 |
| f. Foreign Service | 0000 | 00 | 00 |
| g. Sea Service | 0000 | 00 | 00 |
| h. Effective Date of Pay Grade | 1993 | 01 | 12 |

### 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED
NATIONAL DEFENSE SERVICE MEDAL//ARMED FORCES EXPEDITIONARY MEDAL//ARMY SERVICE RIBBON//UNITED NATIONS MEDAL//NOTHING FOLLOWS

### 14. MILITARY EDUCATION
PLUMBER, 7 WEEKS, 1993//NOTHING FOLLOWS

15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM: No (X)
15.b HIGH SCHOOL GRADUATE OR EQUIVALENT: Yes (X)
16. DAYS ACCRUED LEAVE PAID: 34.5
17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION: Yes (X)

### 18. REMARKS
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OF COMPLIANCE FOR FEDERAL BENEFITS//MEMBER HAS NOT COMPLETED FIRST FULL TERM OF SERVICE//NOTHING FOLLOWS

19.a MAILING ADDRESS AFTER SEPARATION: (redacted)
19.b NEAREST RELATIVE: MONIQUE R SMITH (redacted)
20. MEMBER REQUESTS COPY 6 BE SENT TO: PA Dir of Vet. Affairs — Yes X
21. SIGNATURE OF MEMBER BEING SEPARATED: /s/ Oliver Smith
22. OFFICIAL AUTHORIZED TO SIGN: JAMES J. ZIMMERMAN SFC, USA

### SPECIAL ADDITIONAL INFORMATION
23. TYPE OF SEPARATION: RELEASE FROM ACTIVE DUTY
24. CHARACTER OF SERVICE: HONORABLE
25. SEPARATION AUTHORITY: AR 635-200, PARA 16-5A
26. SEPARATION CODE: KGH
27. REENTRY CODE: 3
28. NARRATIVE REASON FOR SEPARATION: NON-RETENTION ON ACTIVE DUTY
29. DATES OF TIME LOST DURING THIS PERIOD: NONE
30. MEMBER REQUESTS COPY 4: Initials (illegible)

DD Form 214-AUTOMATED, NOV 88 — Previous editions are obsolete.

SERVICE - 2

Commander, 2d Mobile Army Surgical Hospital, Fort Benning, GA  31905
23 January 1995

FOR Commander, United States Army Infantry Center, ATTN:
ATZB-AG-TC, Fort Benning, GA  31905

1.  **SPC Smith**'s request for separation under the provisions of
AR 635-200, Chapter 16, para 16-5b(1), is approved.

2.  Pursuant to the authority granted me in AR 635-200, para
1-21, I direct:

   a.  That **SPC Smith** be discharged at the earliest possible
date prior to the expiration of his term of service based on the
documents presented to me which indicate that this soldier is eligible
for separation under these provisions.

   b.  That **SPC Smith**'s current term of service be characterized as
honorable as required by AR 635-200, para 16-5b(1).

   c.  That **SPC Smith** receive an honorable discharge certificate.

3.  **SPC Smith** will be transferred to the Individual Ready Reserve
(IRR).

4.  Disposition of these proceedings will be made IAW AR 635-200, para
1-15.

Encls
nc

EDWARD B. CROSBIE
LTC, MS
Commanding

## SECTION I - IDENTIFICATION DATA

NAME: ...OLIVER

## SECTION II - CLASSIFICATION AND ASSIGNMENT DATA

MOSC: 62B1 — TITLE: Const Equip Repairmen

### MOS EVALUATION SCORES

| MOSC | YR & MO | SCORE | YR & MO | SCORE | YR & MO | SCORE | CONT |
|------|---------|-------|---------|-------|---------|-------|------|

### 4. ASSIGNMENT CONSIDERATIONS

## SECTION II - CLASSIFICATION AND ASSIGNMENT DATA (Continued)

### 7. AVIATION A&S & GUNNERY QUALIFICATION

| AIRCRAFT | | INSTR PILOT | | GUNNERY SYSTEM | |
|----------|--|-------------|--|----------------|--|
| F/W | R/W | F/W | R/W | TNG | INSTR |

### APTITUDE AREA SCORES

| AREA | SCORE | AREA | SCORE |
|------|-------|------|-------|
| GT | 090 | | |
| GM | 090 | | |
| EL | 092 | | |
| CL | 091 | | |
| MM | 090 | | |
| SC | 082 | | |
| CO | 077 | | |
| FA | 083 | | |
| OF | 085 | | |
| ST | 086 | | |

### 8. OVERSEAS SERVICE

| FROM | THRU | AREA AND COUNTRY | MO | TYPE | NTC | CONT | DEPN AWDS |
|------|------|-------------------|----|------|-----|------|-----------|
| 931011 | 931219 | AMEA-SOMALIA | 2 | TDY | NO | | |

### 9. AWARDS, DECORATIONS & CAMPAIGNS

ARMY-SVC-RBN/NTL-DEF-SVC-RBN/ARMED-FCS-EXP-MDL/

DATE: 9/04/16
PLACE: Phila, PA

### 10. OTHER TESTS

| TEST | DATE | SCORE |
|------|------|-------|
| TJB | | |
| OCT | | |
| DLAT | | |
| DDM | | |
| FAST | | |
| OB | | |
| WOCS | | |
| APFT | | |

### 11. AMERICAN BOARD CERTIFICATION & LICENSES OR CERTIFICATES HELD

### 12. LANGUAGE PROFICIENCY

DA FORM 330 SUBMITTED | DATE

PERSONNEL QUALIFICATION RECORD - PART II

DA FORM 2-1, 1 JAN 73

# PERSONNEL ACTION
DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf (Section III). Routine User: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: (Include ZIP Code) TAGPA Dept of Military Affairs ATTN: MP-SIB Annville, PA 17003-5002 | TO: (Include Zip Code) TAGPA Dept of Military Affairs ATTN: MP-PSC Annville, PA 17003-5002 | FROM: (Include ZIP Code) Co▓▓▓ 2700 S▓▓▓ Philad▓▓▓ ▓▓299 |

## SECTION I - PERSONAL IDENTIFICATION

| NAME (Last, first, MI) | GRADE OR RANK/PMOS (Enl only) |
|---|---|
| Smith, Oliver | E-3/PFC  62B10 |

## SECTION II - DUTY STATUS CHANGE (Para 9-1, DA Pam 600-8)

The above member's duty status is changed from _____ to _____ effective _____ hours _____ 19 __

## SECTION III - REQUEST FOR PERSONNEL ACTION

request the following action:

| TYPE OF ACTION | Procedure | TYPE OF ACTION | Procedure |
|---|---|---|---|
| Service School (Enl only) | | Reassignment Married Army Couples | |
| ROTC or Reserve Component Duty | | Reclassification | |
| Volunteering For Oversea Service | | Officer Candidate School | |
| Ranger Training | | Assgmt of Pers with Exceptional Family Members | |
| Reasgmt Extreme Family Problems | | Identification Card | |
| Exchange Reassignment (Enl only) | | Identification Tags | |
| Airborne Training | | Separate Rations | |
| Special Forces Training/Assignment | | Leave - Excess/Advance/Outside CONUS | |
| On-the-Job Training (Enl only) | | Change of Name/SSN/DOB | |
| Retesting in Army Personnel Tests | | Other (Specify) Advancement to E-4 | X |

SIGNATURE OF MEMBER (When required) _____ DATE _____

## SECTION IV - REMARKS (Applies to Sections I, II, III, and V) (Continue on separate sheet)

You are promoted to the grade of rank indicated.

Grade of rank promoted to: SPC/E4
Date of rank: 3 Oct 92
Effective date: 3 Oct 92
Authority: NGR 600-200, Para 6-20b
Additional instructions: Assigned to Para 410 Line 08 MTOE: 63035LNG02
Promotion is not valid and will not be effective if the soldier is not in a promotable status on the effective date of the promotion.
Format: 302

THIS IS A CERTIFIED TRUE PROMOTION COPY.
CHRISTINE R. GRAVES
SSG, PAARNG
UNIT CLERK

## SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

...tify that the duty status change (Section I) or that the request for personnel action (Section III) contained herein ...

☐ HAS BEEN VERIFIED   ☒ IS APPROVED   ☐ RECOMMEND APPROVAL   ☐ IS DISAPPROVED   ☐ RECOMMEND DISAPPROVAL

| COMMANDER/AUTHORIZED REPRESENTATIVE CHARLES J. MASON CPT, OD, Commanding | SIGNATURE Charles J. Mason | DATE 3 Octpber 1992 |

FORM 4187 DEC 89    EDITION OF FEB 81 WILL BE USED.    COPY 4

# Progress Notes

Printed On May 20, 2021

```
Expr:09-14-11

   ---------------------------------------------------------------------
        Active Non-VA Meds
   =====================================================================

   1)     IBUPROFEN TAB
             Dose: 400MG                                    Med Route: MOUTH
             Schedule:  AS NEEDED

   MEDICATIONS (NON VA):

   ALLERGIES:   SEASONAL ALLERGIES, ANIMALS, NUTS
```

   MILITARY HISTORY: The veteran enlisted in National guard April 1991 and had a second enlistment in January 1993 for active duty. He reentered National Guard in 1997. He was discharged in 2000. He received honorable discharges. ==The veteran reports experiencing traumatic events while serving in Somalia (saw a child beaten to death by older kids over food. He says he "froze" when a 6 year old waved a weapon at him and could not bring himself to kill the kid. Later the kid shot another service man. the veteran was very tearful in discussing this, stating that it was his fault.==

   FAMILY HISTORY: He was raised by his great grandparents because his mother was unable to do so due to mental health problems. He says he had a twin who died at birth because the mother tried to abort them. He had a brother who died of crib birth. His great grandfather passed away when he was seven. His great grandmother died when he was 14. On the day his grandmother died, his mother threw him out the house. He has been on his own since age 14. He spent time in a group home and juvenile detention centers. He was first married when he was age 22. He had a son and daughter by that marriage. He says his wife did not keep the house nor care for the children adequately. He eventually left her and they were divorced in November 1996. He married again in November 2009. He has one child by that marriage and many stepchildren. He says she has emotional problems. They have arguments and disagreements. He left the home this week after he found her talking to other men online. He is staying at the local rescue mission at the present time.

   ABUSE HISTORY: He says he was physically abused. He was beat with extension cords, hit in the head, tied up and beaten, beaten with razor straps, etc. He denies sexual abuse.

   LIVING SITUATION: Veteran lives with his wife in rental property. However, he left the home temporarily to stay at the rescue mission. He says they want to get counseling to try to work out their problems.

   FINANCIAL ISSUES: Receives SSI and Non-service connected Pension. He has financial stress

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SMITH,OLIVER | Printed at CLEVELAND VAMC |



# COMPASS Family and Community Services

Compass Family & Community Services

| | | | |
|---|---|---|---|
| Client Name: | Oliver Smith | Date/Time: | 10/16/2020 11:02 AM to 11:59 AM |
| Employee Name: | William Combs , LPC | Location | Jail |
| D.O.B. | 3/12/1969 | | |

## Type of Visit

**Type of Visit?**: In-person

## Brief Assessment

**Referral Date:** 10/06/2020

**Reason for Referral:** Client was referred to COMPASS by nursing due to a reported history of PTSD, and Bipolar.

**Demographic Information:**
DOB:
3/12/1969
Gender:
Male
Race:
Black or African American
Marital Status:
Separated
County of Residence:
Mahoning

**Active at COMPASS at time of Incarceration/ Admission to CCA?**: No

**Active at another agency for MH Treatment at time of Incarceration/ Admission to CCA?**: Yes
Louis Stokes Cleveland, OH
One Stop

**Previous Mental Health Treatment?**: Both-Outpatient and Residential
Inpatient: Temple Hospital Philadelphia 2004, 2003, 2009 depression, suicidal ideations.
Outpatient: Treatment when in the military mid 90s

**Psychiatric Medications:** Over a year

**What Meds? Diagnoses?:** Does not remember/PTSD, Bipolar, Anxiety, Schizophrenia

**History of Substance Use?:** No
**Engaged in AoD Treatment at CCA/Jail?:** No

**Charge:** Felony
Weapons Under Disability/F3

# Progress Notes

Printed On May 20, 2021

```
PATIENT'S STRENGTHS/ABILITIES:
Insightful - aware of illness
Expressed desire/motivation for change
Has supportive family and/or friends
Has available spiritual support

PATIENT'S BARRIERS TO CARE:
Chronic psychiatric symptoms, without remission

INTERDISCIPLINARY INTEGRATED SUMMARY:
Chief Complaint/Hx of Present Illness:
"I have so much stuff going on in my life right now that I am about to
explode and if I explode it is going to probably be on someone who
doesn't deserve it."

Self-Care/Activities of Daily Living:
Prayer


DISCHARGE PLANNING/CRITERIA:
Not relying on extensive inpatient or emergency services
Independently participating in necessary treatments
Utilizes effective coping skills

PATIENT PARTICIPATION IN TREATMENT PLANNING:
MET WITH PROVIDER.
VETERAN AGREED TO PLAN (draft) DISCUSSED.

FAMILY PARTICIPATION IN TREATMENT PLANNING:
VETERAN'S FAMILY NOT AVAILABLE.

COLLABORATION WITH OTHERS:
Other VA Services: As clinically indicated.

Parole/Probation Officer: Portage County

MENTAL HEALTH DIAGNOSES AND RELEVANT MEDICAL CONDITIONS:
Chronic post-traumatic stress disorder (SCT 313182004)

Bipolar disorder (SCT 13746004)

Depressive disorder (SCT 35489007)

SIGNIFICANT PSYCHOSOCIAL AND CONTEXTUAL FACTORS:
Death of a loved one
Financial problems
Unemployed
Legal problems

TREATMENT PLAN PROBLEMS/NEEDS LISTED BY PRIORITY:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SMITH,OLIVER | Printed at CLEVELAND VAMC |

# Progress Notes

Printed On May 20, 2021

```
THERAPEUTIC INTERVENTION:
    Cognitive Behavioral
 X Supportive
    Education

FOCUS OF SESSION, ISSUES OF CONCERN:
The client was seen for a scheduled appointment. He was last seen by this
provider in April 2013. He discussed an emotional crisis that occurred in June.
At that time he had presented to mental health and was seen by a triage nurse
(see progress note dated June 25, 2013). He states that the crisis involved a
memory of a traumatic event in childhood involving his mother and the police.
The veteran states that he has had nightmares about the incident off and on but
never had a complete memory until a conversation with his mother in June. He
says he now understands what happened and is dealing with it. He admits to
having a lot of anger and rage at times, but generally avoids contact with
others. He finds that his family is a stabilizing and motivating force for him.

We discussed how traumatic experiences can lead to suppression of emotion and
memories for events. He as reminded that he has accomplished a lot in spite of
his background and that his ability to study and do research have served as
positive distraction. He expresses desire to continue discussing his past and
work through the emotions. At the present time he appears stable and in no acute
distress.

RESPONSE TO INTERVENTION:
 X Actively participated in discussion
 X Has a better understanding of therapeutic issues
 X Agrees to continue working towards treatment goals


Plan:
Return for follow-up in 8 weeks
Provide supportive therapy
Process traumatic experiences as appropriate
Encourage use of coping strategies



/es/ MARY ANN ECHOLS
PSYCHOLOGIST
Signed: 08/30/2013 15:43
```

```
 LOCAL TITLE: PATIENT RESULTS LETTER (T)
STANDARD TITLE: PRIMARY CARE LETTERS
DATE OF NOTE: AUG 14, 2013@13:00     ENTRY DATE: AUG 14, 2013@13:00:57
      AUTHOR: WHITE,LISA C           EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED
```

                                              Louis Stokes
                                              Cleveland Department of

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SMITH,OLIVER | Printed at CLEVELAND VAMC |

# Progress Notes

Printed On May 20, 2021

```
MENTAL STATUS:
Appearance: Casual dress, Adequate hygiene and grooming
Motor: No abnormal movements
Attitude: Polite and cooperative
Speech: Clear, normal rate, rhythm and volume
Mood: Euthymic
Affect: mood congruent and appropriate to conversation
Thought Content: No evidence of thought disorganization
Thought Process: Coherent, logical, not circumstantial or tangential. No
Flight of Ideas, Loose Associations, or Ideas of Reference
Cognition: Alert and Oriented X3
Perceptions: No hallucinations or delusions
Insight: Fair
Judgment: Fair
SI/HI:  None

SUICIDAL/HOMICIDAL RISK: Low risk of harm to self and/or others. Veteran denied
suicidal/homicidal plan or intent. Veteran was reminded to contact mental health
clinic at 330-740-9200 or the crisis hotline at 1-800-273-8255 for suicidal
thoughts. The Veteran was also encouraged to go to the local ER if they are
having suicidal thoughts and if they feel they are unable to cope.

FOCUS/ISSUES/CONCERNS OF THIS SESSION:

Vet reported for session as scheduled.  He stated that there is nothing too
stressful going on in his life right now.  He discussed the progress of his
sons.  He feels that they should be doing more to prepare themselves for the
future.  This worker talked about the different stages of development that
people go through.  Vet was somewhat receptive.  Vet identified that he has been
keeping himself distracted.  He explained that as long as he is focused on
something specific, it keeps him from thinking about what he knows about the
world.  Vet has been focused on creative writing along with his music.

Vet did not report any immediate distress.  Vet denies having any thoughts or
plans to harm himself.  He denies any thoughts to wanting to harm someone else.

INTERVENTIONS:
Writer assessed for current mental health status and reviewed events since
Veteran's last appointment. Provided reflective listening to encourage
validation of feelings and demonstrate empathy.

x Actively participated in discussion
  Has a better understanding of therapeutic issues
  Understood or demonstrated a new strategy/skill
  Willing to practice discussed strategy/skill
X Agrees to continue working towards treatment goals

NEXT APPOINTMENT:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SMITH,OLIVER | Printed at CLEVELAND VAMC |

# Progress Notes

Printed On May 20, 2021

```
MENTAL STATUS:
Appearance: Casual dress, Adequate hygiene and grooming
Motor: No abnormal movements
Attitude: Polite and cooperative
Speech: Clear, normal rate, rhythm and volume
Mood: Euthymic
Affect: mood congruent and appropriate to conversation
Thought Content: No evidence of thought disorganization
Thought Process: Coherent, logical, not circumstantial or tangential. No
Flight of Ideas, Loose Associations, or Ideas of Reference
Cognition: Alert and Oriented X3
Perceptions: No hallucinations or delusions
Insight: Fair
Judgment: Fair

SUICIDAL/HOMICIDAL RISK: Low risk of harm to self and/or others. Veteran denied
suicidal/homicidal plan or intent. Veteran was reminded to contact mental health
clinic at 330-740-9200 or the crisis hotline at 1-800-273-8255 for suicidal
thoughts. The Veteran was also encouraged to go to the local ER if they are
having suicidal thoughts and if they feel they are unable to cope.

FOCUS/ISSUES/CONCERNS OF THIS SESSION:

Vet participated in the session.  He was still demonstrating some stress over
the fact that his daughter had not sent his grandson here to Youngstown.  He
stated that daughter is having a difficult time right now.  Vet stated that it
is causing arguments in his home if he tries to express his opinion.

Vet continues to talk about an outlet for his anger.  Vet stated that there are
not many people who can relate to the information that he wants to pass on.  Vet
stated that he will continue to share his thoughts with others.  He believes
that in itself will provide an outlet.  Vet denied any thoughts or plan to harm
himself or others.

INTERVENTIONS:
Writer assessed for current mental health status and reviewed events since
Veteran's last appointment. Provided reflective listening to encourage
validation of feelings and demonstrate empathy.

x  Actively participated in discussion
   Has a better understanding of therapeutic issues
x  Understood or demonstrated a new strategy/skill
   Willing to practice discussed strategy/skill
   Agrees to continue working towards treatment goals

NEXT APPOINTMENT:

Veteran is aware contact clinic or the Veterans Crisis Line with concerns prior
to the next scheduled visit.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SMITH,OLIVER  | Printed at CLEVELAND VAMC |