Dear Judge Oliver" My name is Petrchann Smith Oliver is my husband we been married over ten years
 I would like to just tell you that Oliver is a very good person with a big heart and he's a great husband and a very good provider he will take his shoe's and shirt off his back to help anyone that's in need of help and I always told him not everyone is looking for help just an handout or to just use you.But other than that when meet him he stuck by me when I was going through alot even when they thought that they had found something on my MRI he stuck it out with me never left my side so I'm going to stick this situation out with him please judge I beg you to please have mercy on my husband when you reads him his sentences. Sincerely Petrchann Smith.